# United States District Court

FILED E-FILING

NORTHERN    DISTRICT OF    CALIFORNIA

2008 JUL 25 A 10: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Rolando ORTEGA-Gonzalez
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-70472 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, May 21, 2008, in Monterey County in the Northern District of California defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title 8 United States Code, Section(s) 1326
I further state that I am a(n) Deportation Officer and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

7/25/08                          at       San Jose, California
Date                                        City and State

Howard R. Lloyd
United States Magistrate Judge            _____
Name & Title of Judicial Officer           Signature of Judicial Officer

RE:   ORTEGA-Gonzalez, Rolando A44 075 567

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. ORTEGA-Gonzalez is a 29-year-old male who has used eleven (11) aliases and one (1) date of birth in the past.

(2)   Mr. ORTEGA-Gonzalez has been assigned one (1) Alien Registration number of A44 075 567, FBI number of 177039KB7, California Criminal Information Index number of A12363062, and a California Department of Correction number F15760.

(3)   Mr. ORTEGA-Gonzalez is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| December 11, 2002 | Calexico, CA |

(4)   Mr. ORTEGA-Gonzalez last entered the United States at or near San Ysidro, CA on or after December 11, 2002, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. ORTEGA-Gonzalez on a date unknown, but no later than May 21, 2008, in Monterey County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrest and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326.

(6)   Mr. ORTEGA-Gonzalez was, on May 28, 1999, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of BURGLARY: SECOND DEGREE, a felony, in violation of Section 460(b) of the California Penal Code, and was sentenced to five (5) months in jail.

(7)   Mr. ORTEGA-Gonzalez was, on November 15, 2001, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION FOR SALE OF METHAMPHETAMINE, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to two (2) years in prison.

RE:  ORTEGA-Gonzalez, Rolando A44 075 567

(8)  Mr. ORTEGA-Gonzalez was, on March 29, 2005, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of RECEIVED KNOWN STOLEN PROPERTY, a felony, in violation of Section 496(a) of the California Penal Code, and was sentenced to ninety (90) days in jail.

(9)  Mr. ORTEGA-Gonzalez was, on November 22, 2005, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DUI CAUSING INJURY, a felony, in violation of Section 23153(b) of the California Vehicle Code, and was sentenced to two (2) years in prison.

(10) Mr. ORTEGA-Gonzalez was, on November 22, 2005, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of HIT AND RUN ACCIDENT RESULTING IN INJURY, a felony, in violation of Section 2000(a)/(b)(1) of the California Vehicle Code, and was sentenced to eight (8) months in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. ORTEGA-Gonzalez illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 25 day of July, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE