JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

ORIGINAL
FILED

08 SEP -4 AM 10: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RMW

| UNITED STATES OF AMERICA, | ) No. CR-08 00597 HRL |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Re-Entry Following Deportation |
| ROLANDO ORTEGA-GONZALEZ, | ) |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States charges:

On or about May 21, 2008, the defendant,

ROLANDO ORTEGA-GONZALEZ,

an alien, previously having been arrested and deported from the United States on or about

December 11, 2002, was found in the Northern District of California, the Attorney General of the

United States and the Secretary for Homeland Security not having expressly consented to a re-

application by the defendant for admission into the United States, in violation

//

INFORMATION
*United States v. Ortega-Gonzalez*
No. CR

1    of Title 8, United States Code, Section 1326.

2

3    DATED: September 3, 2008              JOSEPH P. RUSSONIELLO
                                          United States Attorney
4

5

6                                         DAVID R. CALLAWAY
                                          Deputy Chief, San Jose Office
7

8

9    (Approved as to form: _____ )
                            DANIEL R. KALEBA
10                          Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

─ OFFENSE CHARGED ─

Title 8, U.S.C. § 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

*E-filing*

20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

─ PROCEEDING ─

Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM       JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA DAN KALEBA

─────

Name of District Court, and/or Judge/Magistrate Location
ORIGINAL
NORTHERN DISTRICT OF CALIFORNIA

08 SEP -4 AM 10: 00

─ DEFENDANT - U.S. ─
RICHARD W. WIEKING
CLERK
ROLANDO ORTEGA-GONZALEZ COURT
NO. DIST. OF CA S.J

DISTRICT COURT NUMBER

RMW

# CR-08 00597

─ DEFENDANT ─

IS *NOT* IN CUSTODY                                          HRL

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ TO U.S. CUSTODY     Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: