```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant ORTEGA GONZALEZ
```

*E-FILED - 9/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00597 RMW |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| v. | ) | |
| ROLANDO ORTEGA-GONZALEZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, September 29, 2008, be continued to Monday, October 6, 2008, at 9:00 a.m. The continuance is requested because the defense is continuing to investigate this matter.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 9/23/08      _____/s/_____
                    LARA S. VINNARD
                    Assistant Federal Public Defender

Dated: 9/24/08      _____/s/_____
                    DANIEL KALEBA
                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR 08-00597 RMW |
|                               ) | |
| Plaintiff,      ) | **[] ORDER CONTINUING** |
|                               ) | **HEARING AND EXCLUDING TIME** |
| v.                            ) | |
|                               ) | |
| ROLANDO ORTEGA-GONZALEZ,       ) | |
|                               ) | |
| Defendant.      ) | |

The parties have jointly requested a continuance of the hearing set for September 29, 2008, to allow time for the defense to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 29, 2008, be continued to October 6, 2008, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 29, 2008, be continued to October 6, 2008, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 9/24/08

_____
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 08-00597 RMW                         2