JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163173)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

FILED
SEP 24 2008
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-00597 RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ROLANDO ORTEGA-GONZALEZ ) | |
| Defendants. ) | SAN JOSE VENUE |

   On September 4, 2008, defendant ROLANDO ORTEGA-GONZALEZ appeared before this Court for arraignment. This Court set the matter for initial appearance before Judge Whyte on September 29, 2008. Defense counsel stated she may request additional discovery relating to defendant's criminal and immigration history. Assistant United States Attorney Daniel Kaleba then requested an exclusion of time under the Speedy Trial Act from September 4, 2008 to September 29, 2008. The defendant, through counsel, agreed to the exclusion. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's

//
//
//

need for continuity of counsel and effective preparation, and that the best interests of the public and the defendant are served by the continuance and outweigh the right to a speedy trial.

SO STIPULATED:                              JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED: 9/4/08                               /s/
                                            _____
                                            DANIEL R. KALEBA
                                            Assistant United States Attorney

DATED: 9/4/08                               /s/
                                            _____
                                            LARA S. VINNARD
                                            Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                            /s/
                                            _____
                                            Daniel R. Kaleba

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from September 4, 2008 to September 29, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation and continuity, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 9/24/08                              _____
                                            RICHARD SEEBORG
                                            United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-00579 JW                             2