| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | LARA S. VINNARD |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |

Counsel for Defendant ORTEGA GONZALEZ

*E-FILED - 12/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00597 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [] ORDER** |
| v. | |
| ROLANDO ORTEGA-GONZALEZ, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, February 2, 2009, be continued to Monday, February 23, 2009, at 9:00 a.m.  The continuance is requested because the defendant's birthday is on February 21, 2009, and the defendant would like to ensure that he remains at the jail for family visits around that time.  The probation officer has been contacted and has no objection.

Dated: 12/19/08               _____/s/_____
                              LARA S. VINNARD
                              Assistant Federal Public Defender

Dated: 12/19/08               _____/s/_____
                              LAURA DURITY
                              Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING; [] ORDER
No. CR 08-00597 RMW                      1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00597 RMW |
| ) | |
| Plaintiff, ) | **[] ORDER CONTINUING** |
| ) | **SENTENCING HEARING AND** |
| v. ) | **EXCLUDING TIME** |
| ) | |
| ROLANDO ORTEGA-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested a continuance of the hearing set for February 2, 2009, on grounds that the defendant would like to remain at the jail for family visits through his birthday, which is on February 21, 2009.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 2, 2009, be continued to February 23, 2009, at 9:00 a.m.

Dated:  12/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING; [] ORDER
No. CR 08-00597 RMW          2